STATE OF CONNECTICUT *v.* ELIJAH PINK
(13302)

DUPONT, C. J., and SCHALLER and SPEAR, Js.
Argued April 24—decision released May 16, 1995

*Donald D. Dakers,* special public defender, for the appellant (defendant).

*Ronald G. Weller,* deputy assistant state's attorney, with whom, on the brief, were *John T. Redway,* state's attorney, and *Timothy Liston,* senior assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.